**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **SYLVIA HOOKS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:06-CV-2 (DF) |
| | : | |
| **GEORGIA DEPARTMENT OF** | : | |
| **CORRECTIONS,** | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

On January 3, 2006, Plaintiff Sylvia Hooks, proceeding pro se, filed a complaint in this Court against her employer, Defendant Georgia Department of Corrections ("GDC"), asserting discrimination claims under: (1) Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.A. § 2000e–2 (West 2003); (2) the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), 38 U.S.C.A. § 4301-4333 (West 2002); (3) the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C.A. §§ 623, 631 & 633(a) (West 1999); and (4) the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. § 12101 *et seq* (West 2005). (Compl. ¶ 1, doc. 1). Contemporaneously with the filing of her complaint, Hooks filed a motion to appoint counsel (doc. 2), which, for the reasons stated in the Court's Order of February 14, 2006 (doc. 8), was denied.

On February 24, Hooks filed a motion (doc. 11) asking the Court to reconsider its Order denying her request for appointment of counsel. The Court has now done so.

Title VII contains a provision authorizing the Court to appoint counsel to represent a pro se litigant "in such circumstances as the court may deem just." 42 U.S.C.A. §2000e–5(f)(1). In light of Hooks's financial status, her treatment for psychiatric disorders, and the nature of the claims she has alleged against GDC, the Court determines that the circumstances presented here, combined with the important rights sought to be protected by this lawsuit, make the appointment of counsel just.

Accordingly, pursuant to the express authority vested in the Court by 42 U.S.C.A. §2000e–5(f)(1), the Court hereby appoints Richard A. Hull of 788 Mulberry Street, Macon, Georgia, 31201, to represent Hooks in this matter.

SO ORDERED, this 31st day of March, 2006.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew